IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL RHEA DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:10cv505-SRW |
| ) | |
| MICHAEL ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Upon consideration of plaintiff's petition for attorney fees, filed November 28, 2011, it is

ORDERED that defendant is DIRECTED to respond to the application on or before December 14, 2011.  If the Commissioner objects to any item of fees claimed by plaintiff, the Commissioner must specify the item and the reason for his objection.

Done, this 30th day of November, 2011.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE